UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND
## CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| 1. STATE OF OKLAHOMA,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>1. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>2. XAVIER BECERRA, in his official capacity as the Secretary of the U.S. Department of Health and Human Services;<br><br>3. JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and<br><br>4. OFFICE OF POPULATION AFFAIRS,<br><br>    *Defendants-Appellees*. | Case No.   24-6063 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

                              State of Oklahoma
                              [Party or Parties][1]
        Appellant/Petitioner                     , in the above-captioned case(s).
  [Appellant/Petitioner or Appellee/Respondent]

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Respectfully submitted,

*/s/* J. Miles McFadden
R. Tom Hillis, OBA # 12338
Barry G. Reynolds, OBA # 13202
J. Miles McFadden, OBA # 30166
**TITUS HILLIS REYNOLDS LOVE**
15 E. 5th St., Suite 3700
Tulsa, OK 74103
(918) 587-6800    Fax: (918) 587-6822
thillis@titushillis.com
reynolds@titushillis.com
jmcfadden@titushillis.com

*ATTORNEYS FOR PLAINTIFF/APPELLANT,
THE STATE OF OKLAHOMA*

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.


     April 4, 2024
Date

     /s/ J. Miles McFadden
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On _____ I sent a copy of this Entry of Appearance
      [date]
form to:

Garry M. Gaskins, II: garry.gaskins@oag.ok.gov
Zachary Paul West: zach.west@oag.ok.gov
Mrs. Audrey A. Weaver: audrey.weaver@oag.ok.gov
Mr. Anthony Joseph Ferate: ajferate@spencerfane.com
Michael Patrick Clendenen: michael.p.clendenen@usdoj.gov
Ms. Alexandra Rachel Saslaw: alexandra.r.saslaw@usdoj.gov
Robert C Merrit: robert.c.merritt@usdoj.gov
Allyson Scher: Allyson.r.scher@usdoj.gov

the last known address/email address, by _____email_____.
                                          [state method of service]

  April 4, 2024
Date

  /s/ J. Miles McFadden
Signature

4