UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

State of Oklahoma

v.

U.S. Department of Health and Human Servs., et al.

Case No. 24-6063

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

      In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States Department of Health and Human Services, Xavier Becerra, Jessica S. Marcella, Office of Population Affairs

_____

[Party or Parties][1]

_____

Appellees
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Courtney L. Dixon
_____     _____
Name of Counsel                                                        Name of Counsel

/s/ Courtney L. Dixon
_____     _____
Signature of Counsel                                                   Signature of Counsel

950 Penn. Ave NW, Washington, DC 20530 / 202-353-8189
_____     _____
Mailing Address and Telephone Number          Mailing Address and Telephone Number

courtney.l.dixon@usdoj.gov
_____     _____
E-Mail Address                                                          E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

        Attorneys Alexandra Saslaw, Allyson Scher, Michael Patrick Clendenen, and Robert C. Meritt appeared as counsel on behalf of the government below and will not be entering an appearance in this Court.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

4/5/2024
Date

/s/ Courtney L. Dixon
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ____4/5/2024_____ I sent a copy of this Entry of Appearance
             [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                                  [state method of service]

4/5/2024
_____
Date

/s/ Courtney L. Dixon
_____
Signature