FILED
United States Court of Appeals
Tenth Circuit

April 8, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

STATE OF OKLAHOMA,

    Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et
al.,

    Defendants - Appellees.

No. 24-6063
(D.C. No. 5:23-CV-01052-HE)
(W.D. Okla.)

_____

# ORDER
_____

    This matter is before us on Appellant's *Agreed Motion to Set Expedited Briefing and Argument Schedule*. In the motion, Appellant seeks to set the deadlines as follows: Opening Brief and Appendix – April 19, 2024; Response Brief – May 10, 2024; Reply Brief – May 20, 2024, with the goal of receiving a decision on the matter by mid-July. Upon careful consideration of the motion, we grant the motion in part as follows.

    Appellant may file its opening brief as soon as it wishes, but no later than April 19, 2024. Appellee's answer brief shall be filed and served within twenty-one days of the filing and service of Appellant's opening brief. Appellant's optional reply brief shall be filed and served within ten days of the filing and service of Appellee's answer brief, but Appellant may file its reply brief sooner if it wishes to further expedite briefing in this

appeal. Requests for extensions of time are strongly discouraged and will be considered only in the most crucial circumstances.

    The request for expedited oral argument and an expedited decision in this matter is taken under advisement and referred to the panel of judges that will be assigned to consider this appeal on the merits.

                                  Entered for the Court
                                  CHRISTOPHER M. WOLPERT, Clerk

                                  By: Allie Parrott