UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

State of Oklahoma

v.

U.S. Department of Health and Human Services, et al.

Case No. 24-6063

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States Department of Health and Human Services, Xavier Becerra, Jessica S. Marcella, Office of Population Affairs

[Party or Parties][1]

Appellees                    , in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Brian J. Springer
Name of Counsel

/s/ Brian J. Springer
Signature of Counsel

950 Pennsylvania Ave. NW, Washington, DC 20530 / 202-616-5446
Mailing Address and Telephone Number

brian.j.springer@usdoj.gov
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies² as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

> Attorneys Alexandra Saslaw, Allyson Scher, Michael Patrick Clendenen, and Robert C. Meritt appeared as counsel on behalf of the government below and will not be entering an appearance in this Court.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

04/09/2024
Date

/s/ Brian J. Springer
Signature

---

² Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On   04/09/2024  I sent a copy of this Entry of Appearance
     [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]


04/09/2024
_____
Date

/s/ Brian J. Springer
_____
Signature