

**U.S. Department of Justice**
Civil Division

Tel: 202-616-5446

VIA CM/ECF

April 9, 2024

Office of the Clerk
United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

RE:  *Oklahoma v. HHS*, No. 24-6063 (oral argument not scheduled)

To Whom It May Concern:

    We write regarding the scheduling of oral argument in the above-referenced appeal. This Court set an expedited briefing schedule and took under advisement the requests for expedited oral argument and an expedited decision.

    Brian J. Springer is the government attorney with principal responsibility for this appeal. Mr. Springer will be unavailable for oral argument from June 10, 2024, through June 17, 2024, due to planned international travel. We respectfully ask that oral argument not be set during that period, if possible.

    Thank you for your consideration.

                                  Sincerely,

                                  *s/ Brian J. Springer*
                                  Brian J. Springer
                                  Attorney

cc:    all counsel (via CM/ECF)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 9, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Participants in the case are CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                              *s/ Brian J. Springer*
                                              BRIAN J. SPRINGER