UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 12, 2024

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**    **24-6063, State of Oklahoma v. HHS, et al.**
       Dist/Ag docket: 5:23-CV-01052-HE

Dear Clerk:

Our records indicate that this court has not received a notification that the record is complete for purposes of appeal.

The district clerk is requested to transmit notice that the record is complete forthwith.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Michael Patrick Clendenen
         Courtney Dixon
         Anthony Joseph Ferate
         Ray Thompson Hillis
         J. Miles McFadden
         Barry G. Reynolds
         Alexandra Rachel Saslaw
         Brian James Springer
         Audrey A. Weaver
         Zachary Paul West

CMW/djd