UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 12, 2024

Ray Thompson Hillis
J. Miles McFadden
Barry G. Reynolds
Titus Hillis Reynolds Love
15 East Fifth Street, Suite 3700
Tulsa, OK 74103

**RE:** 24-6063, State of Oklahoma v. HHS, et al
Dist/Ag docket: 5:23-CV-01052-HE

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on April 12, 2024. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before April 19, 2024. Briefing will follow the schedule set in this court's April 8, 2024, Order. Appellees may file a response brief within 21 days after service of appellant's brief. Appellant may file a reply brief within 10 days after service of appellees' brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Courtney Dixon
       Brian James Springer

CMW/djd