# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

State of Oklahoma,

        Petitioner-Appellant,

v.

U.S. Dept. of Health and Human Services, et al.,

        Respondent-Appellees.

Case No. 24-6063

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for **State of Oklahoma** *Party or Parties* **Petitioner-Appellant** *Appellant/Petitioner or Appellee/Respondent*, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☑ There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Garry M. Gaskins, II | Zach West |
| Name of Counsel | Name of Counsel |
| s/ Garry M. Gaskins, II | s/ Zach West |
| Signature of Counsel | Signature of Counsel |
| 313 NE 21st Street<br>Oklahoma City, OK 73105 | 313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| E-Mail Address Garry.Gaskins@oag.ok.gov | E-Mail Address Zach.West@oag.ok.gov |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) **4/19/2024** via (state method of service) **CM/ECF**.

to **Counsel (CM/ECF)**    s/ Garry M. Gaskins, II
(*See* Fed. R. App. P. 25(b))    (Signature)

**A-5**  Entry of Appearance Form 10/09