UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

State of Oklahoma,

        Petitioner-Appellant,

v.

U.S. Dept. of Health and Human Services, *et al.*,

        Respondent-Appellees.

Case No. 24-6063

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

State of Oklahoma
[Party or Parties][1]


Petitioner- Appellant, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Audrey A. Weaver
Name of Counsel

/s/ *Audrey A. Weaver*
Signature of Counsel

313 NE 21st St., Oklahoma City, OK 73105
405-521-3921
Mailing Address and Telephone Number

audrey.weaver@oag.ok.gov
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

April 22, 2024
Date

/s/ *Audrey A. Weaver*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance
            [date]

Form to:
_____

at _____,

the last known address/email address, by _____.
                                                 [state method of service]

April 22, 2024
Date

/s/ *Audrey A. Weaver*
Signature