UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

State of Oklahoma

v.

U.S. Department of Health and Human Services, et al.

Case No. 24-6063

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Amici Curiae States of Mississippi, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Missouri, Montana, Nebraska, North Dakota, Ohio, South Carolina, South Dakota, Tennessee, Texas, Utah, West Virginia, and Wyoming
_____
[Party or Parties][1]

_____

in support of Appellant
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Scott G. Stewart
_____       _____
Name of Counsel                                                Name of Counsel

s/ Scott G. Stewart
_____       _____
Signature of Counsel                                           Signature of Counsel

P.O. Box 220, Jackson, MS 39205; (601) 359-3680
_____       _____
Mailing Address and Telephone Number           Mailing Address and Telephone Number

scott.stewart@ago.ms.gov
_____       _____
E-Mail Address                                                 E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

4/25/2024
Date

s/ Scott G. Stewart
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✓   All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐   On    4/25/2024                I sent a copy of this Entry of Appearance
              [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

4/25/2024
_____
Date

s/ Scott G. Stewart
_____
Signature