UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

State of Oklahoma,

v.

U.S. Department of Health & Human Services, et al.

Case No. 24-6063

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

American Association of Pro-Life Obstetricians & Gynecologists, Christian Medical & Dental Associations, Catholic Medical Association, and National Association of Catholic Nurses

[Party or Parties][1]

Amici Curiae                                     , in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| | Christopher P. Schandevel |
| Name of Counsel | Name of Counsel |
| | s/ Christopher P. Schandevel |
| Signature of Counsel | Signature of Counsel |
| | 44180 Riverside Pkwy, Lansdowne, VA 20176 (571) 707-4655 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | cschandevel@adflegal.org |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

04/26/2024
Date

s/Christopher P. Schandevel
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐   On    04/26/2024    I sent a copy of this Entry of Appearance
            [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                                  [state method of service]

04/26/2024
_____
Date

s/Christopher P. Schandevel
_____
Signature