# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

State of Oklahoma,

v.

U.S. Department of Health & Human Services, et al.

Case No. 24-6063

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

American Association of Pro-Life Obstetricians & Gynecologists, Christian Medical & Dental Associations, Catholic Medical Association, and National Association of Catholic Nurses

[Party or Parties][1]

Amici Curiae, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

_____  |  John J. Bursch
Name of Counsel              |  Name of Counsel

                             |  s/ John J. Bursch
Signature of Counsel         |  Signature of Counsel

                             |  440 First Street NW, Suite 600, Washington, DC 20001 (616) 450-4235
Mailing Address and Telephone Number  |  Mailing Address and Telephone Number

                             |  jbursch@adflegal.org
E-Mail Address               |  E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

04/26/2024
Date

s/ John J. Bursch
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐  On ___04/26/2024___ I sent a copy of this Entry of Appearance
                [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

___04/26/2024_____
Date

s/ John J. Bursch
_____
Signature

3