UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

State of Oklahoma

v.　　　　　　　　　　　　　　　　　　Case No. 24-6063

U.S. Department of Health and Human Services, et al.

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States Department of Health and Human Services, Xavier Becerra, Jessica S. Marcella, Office of Population Affairs

[Party or Parties][1]

Appellees, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Michael S. Raab
Name of Counsel　　　　　　　　　　　　　Name of Counsel

/s/ Michael S. Raab
Signature of Counsel　　　　　　　　　　　Signature of Counsel

950 Pennsylvania Ave. NW, Washington, DC 20530 / 202-514-4053
Mailing Address and Telephone Number　　　Mailing Address and Telephone Number

michael.raab@usdoj.gov
E-Mail Address　　　　　　　　　　　　　E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

05/10/2024
Date

/s/ Michael S. Raab
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___05/10/2024___ I sent a copy of this Entry of Appearance
          [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                             [state method of service]

___05/10/2024___
Date

/s/ Michael S. Raab
_____
Signature