UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

State of Oklahoma,

v.

U.S. Department of Healh & Human Services, et al.

Case No. 24-6063

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Lawyering Project
[Party or Parties][1]

Amici Curiae , in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | Paige Suelzle |
|---|---|
| Name of Counsel | Name of Counsel |
| | /s/ Paige Suelzle |
| Signature of Counsel | Signature of Counsel |
| | 158 SW 148th Street, No. 1198, Seattle, WA 98166 (347) 5155-6073 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | psuelzle@lawyeringproject.org |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

5/17/24
Date

/s/ Paige Suelzle
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✔   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On  5/17/24  I sent a copy of this Entry of Appearance
      [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]


5/17/24
_____
Date

/s/ Paige Suelzle
_____
Signature