UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

State of Oklahoma,

v.

U.S. Department of Health & Human Services, et al.

Case No. 24-6063

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Lawyering Project
_____
[Party or Parties][1]


_____

Amici Curiae _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | Jamila Johnson |
|---|---|
| Name of Counsel | Name of Counsel |
| | /s/ Jamila Johnson |
| Signature of Counsel | Signature of Counsel |
| | 3157 Gentilly Blvd., No. 2231, New Orleans, LA 70122 (347) 706-4981 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | jjohnson@lawyeringproject.org |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

5/17/24
Date

/s/ Jamila Johnson
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

## CERTIFICATE OF SERVICE

I hereby certify that:

✔  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On  5/17/24  I sent a copy of this Entry of Appearance
      [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                [state method of service]

5/17/24
Date

/s/ Jamila Johnson
Signature