UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

**State of Oklahoma**

v.

**United States Department of Health and Human Services, et al.**

Case No. 24-6063

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

**Center for Reproductive Rights**
_____
[Party or Parties][1]

_____

**Amicus Curiae**
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

**Alexander Wilson**
_____
Name of Counsel

/s/ Alexander Wilson
_____
Signature of Counsel

199 Water Street, Fl. 22, New York, NY 10038
_____
Mailing Address and Telephone Number

awilson@reprorights.org
_____
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

5/17/2024
Date

/s/ Alexander Wilson
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On  **5/17/2024**  I sent a copy of this Entry of Appearance
        [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]


**5/17/2024**
_____
Date

**/s/ Alexander Wilson**
_____
Signature