FILED  
United States Court of Appeals  
Tenth Circuit

July 10, 2024

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

STATE OF OKLAHOMA,

    Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants - Appellees.

--------------------------------

STATES OF MISSISSIPPI, et al.,

    Amici Curiae.

No. 24-6063  
(D.C. No. 5:23-CV-01052-HE)  
(W.D. Okla.)

---

**ORDER**

---

Before **BACHARACH**, **EBEL**, and **FEDERICO**, Circuit Judges.

---

This matter is before the court on Appellant's *Agreed Motion to Set Expedited Briefing and Argument Schedule*. The motion is granted.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk