FILED
United States Court of Appeals
Tenth Circuit

July 15, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

STATE OF OKLAHOMA,

    Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as the Secretary of the U.S. Department of Health and Human Services; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; OFFICE OF POPULATION AFFAIRS,

    Defendants - Appellees.

--------------------------------

STATES OF MISSISSIPPI; ALABAMA; ALASKA; ARKANSAS; FLORIDA; GEORGIA; IDAHO; INDIANA; IOWA; KANSAS; KENTUCKY; LOUISIANA; MISSOURI; MONTANA; NEBRASKA; NORTH DAKOTA; OHIO; SOUTH CAROLINA; SOUTH DAKOTA; TENNESSEE; TEXAS; UTAH; WEST VIRGINIA; WYOMING;THE AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; THE CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; THE CATHOLIC MEDICAL ASSOCIATION; THE NATIONAL ASSOCIATION OF CATHOLIC NURSES, USA; CONSTITUTIONAL

No. 24-6063
(D.C. No. 5:23-CV-01052-HE)
(W.D. Okla.)

| |
|---|
| ACCOUNTABILITY CENTER; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF OKLAHOMA; CENTER FOR REPRODUCTIVE RIGHTS; LAWYERING PROJECT, <br><br> Amici Curiae. |

---

**JUDGMENT**

---

Before **BACHARACH**, **EBEL**, and **FEDERICO**, Circuit Judges.

---

This case originated in the Western District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
