Appellate Case: 24-6063    Document: 131    Date Filed: 07/16/2024    Page: 1

for                                                                    ✕

**Dictionary**                                            Thesaurus

# for  1 of 5  preposition

fər, (ˈ)fȯr 🔊    *Southern also* (ˈ)fär

Synonyms of *for* ›

**1 a** → used as a function word to indicate purpose
   - a grant *for* studying medicine

**b** → used as a function word to indicate an intended goal
   - left *for* home
   - acted *for* the best

**c** → used as a function word to indicate the object or recipient of a perception, desire, or activity
   - now *for* a good rest
   - run *for* your life
   - an eye *for* a bargain

**2 a** : as being or constituting
   - taken *for* a fool
   - eggs *for* breakfast

**b** → used as a function word to indicate an actual or implied enumeration or selection
   - *for* one thing, the price is too high

**3** : because of
   - can't sleep *for* the heat

**4** → used as a function word to indicate suitability or fitness
   - it is not *for* you to choose

Appellate Case: 24-6063   Document: 131   Date Filed: 07/16/2024   Page: 2

Dictionary | Thesaurus

**b** **(1)** **:** on behalf of **: REPRESENTING**

speaks *for* the court

**(2)** **:** in favor of

all *for* the plan

**6** **:** in spite of → usually used with *all*

*for* all his large size, he moves gracefully

**7** **:** with respect to **: CONCERNING**

a stickler *for* detail

heavy *for* its size

**8** **a** → used as a function word to indicate equivalence in exchange

$10 *for* a hat

, equality in number or quantity

point *for* point

, or correspondence or correlation

*for* every one that works, you'll find five that don't

**b** → used as a function word to indicate number of attempts

0 *for* 4

**9** → used as a function word to indicate duration of time or extent of space

gone *for* two days

**10** **:** in honor of **: AFTER**

named *for* her grandmother

# for   2 of 5   conjunction

**:** for the reason that **:** on this ground **: BECAUSE**

Dictionary | Thesaurus

2  forestry

# FOR  4 of 5  abbreviation (2)

free on rail

# for-  5 of 5  prefix

1  : so as to involve prohibition, exclusion, omission, failure, neglect, or refusal

   *for*bid

2  : destructively or detrimentally

   *for*do

3  : completely : excessively : to exhaustion : to pieces

   *for*spent

## Synonyms

**Conjunction**

'cause                                            as

as long as                                        because

being (as *or* as how *or* that) [*chiefly         considering
dialect*]

inasmuch as                                       now

seeing                                            since

whereas

| Dictionary | Thesaurus |

## Examples of *for* in a Sentence

### Conjunction

the bill should be listed as paid, **for** I mailed it in on time

### Recent Examples on the Web

**Preposition**

The excessive-heat warning was extended to 9 p.m. Thursday **for** the western San Gabriel Mountains, the Antelope Valley, Angeles Crest Highway and the corridors of the 5 and 14 freeways.
— Matt Hamilton, *Los Angeles Times*, 8 July 2024

Sunday's Episode 4 (now streaming on Max) moves the civil war to widescale bloodshed and the series' biggest dragon clash at the Battle at Rook's Rest, a stronghold **for** the Queen Rhaenyra-supporting Blacks.
— Bryan Alexander, *USA TODAY*, 8 July 2024

There was somebody dealing with the software **for** the screen on the face.
— Michael Schulman, *The New Yorker*, 7 July 2024

However, Assa still had to recreate the front of the mansion and its foyer on a soundstage **for** the moment the truck came crashing through the front.
— Jazz Tangcay, *Variety*, 7 July 2024

**See all Example Sentences for *for*** ›

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'for.' Any opinions expressed in the examples

Dictionary | Thesaurus

# Word History

## Etymology

### Preposition and Conjunction

Middle English, from Old English; akin to Latin *per* through, *prae* before, *pro* before, for, ahead, Greek *pro*, Sanskrit *pra* before, in front, Old English *faran* to go — more at FARE

### Prefix

Middle English, from Old English; akin to Old High German *far-* for-, Old English *for*

## First Known Use

### Preposition

before the 12th century, in the meaning defined at sense 1a

### Conjunction

12th century, in the meaning defined above

## Time Traveler

**The first known use of *for* was before the 12th century**

See more words from the same century

# Articles Related to *for*

Appellate Case: 24-6063   Document: 131   Date Filed: 07/16/2024   Page: 6

Dictionary | Thesaurus

## Dictionary Entries Near *for*

FOQ

for

FOR

See More Nearby Entries >

## Cite this Entry

Style | MLA

"For." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/for. Accessed 16 Jul. 2024.

Copy Citation

## Share

Facebook

Twitter

## Kids Definition

**for** 1 of 2 preposition

| Dictionary | Thesaurus |

left *for* work

, or an object of one's desire

now *for* a good rest

**2** : as being

do you take me *for* a fool

eggs *for* breakfast

**3** : because of

cried *for* joy

**4** **a** : in support of

fighting *for* their country

**b** → used to indicate suitability or fitness

it's not *for* me to say

medicine *for* an illness

**c** : so as to bring about a certain state

shouted the news *for* all to hear

**5** **a** : in place of

go to the store *for* me

**b** : as the equal or equivalent of in an exchange or loan

paid $10 *for* a hat

**6** : in spite of

unconvinced *for* all the clever arguments

**7** : with respect to : **CONCERNING**

had an eye *for* news

**8** → used to indicate equality or proportion

point *for* point

Appellate Case: 24-6063   Document: 131   Date Filed: 07/16/2024   Page: 8

Dictionary | Thesaurus

**10** : **AFTER entry 2 sense 3a**

named *for* my grandmother

## for  2 of 2  conjunction

: for the reason that : on this ground : **BECAUSE**

they were certainly there, *for* I saw them

## Legal Definition

### for  preposition

**1** : because of

a statute void *for* vagueness

**2** : on behalf of : as the representative of

attorney general's office *for* petitioner

## More from Merriam-Webster on *for*

Nglish: Translation of *for* for Spanish Speakers

Britannica English: Translation of *for* for Arabic Speakers

Last Updated: 10 Jul 2024 - Updated example sentences

Appellate Case: 24-6063     Document: 131     Date Filed: 07/16/2024     Page: 9

Dictionary            Thesaurus

MERRIAM-WEBSTER UNABRIDGED



Can you solve 4 words at once?

Play



WORD OF THE DAY



## Popular in Grammar & Usage

**Plural and Possessive Names: A Guide**

**Commonly Misspelled Words**

**How to Use Em Dashes (—), En Dashes (–) , and Hyphens (-)**

**Absent Letters That Are Heard Anyway**

Dictionary | Thesaurus

See All >

## Popular in Wordplay

**It's a Scorcher! Words for the Summer Heat**

**Flower Etymologies For Your Spring Garden**

**12 Star Wars Words**

**'Swash', 'Praya', and 12 More Beachy Words**

Appellate Case: 24-6063    Document: 131    Date Filed: 07/16/2024    Page: 12

Dictionary                                    Thesaurus

See All >

## Games & Quizzes

### Quordle
Can you solve 4 words at once?

Play

### Blossom Word Game
Pick the best words!

Play

### Missing Letter

### Spelling Bee Quiz

Dictionary | Thesaurus

Learn a new word every day. Delivered to your inbox!

Your email address    SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2024 Merriam-Webster, Incorporated

State of Olahoma v. HHS, Case No. 24-6063 (archived on July 16, 2024)