UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 06, 2024

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

RE:     **24-6063, State of Oklahoma v. HHS, et al**
        Dist/Ag docket: 5:23-CV-01052-HE

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's July 15, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:        Andrew Beck
           Miriam Becker-Cohen
           John J. Bursch
           Courtney Dixon
           Anthony Joseph Ferate
           Garry Michael Gaskins II
           Brianne J. Gorod
           Erin Morrow Hawley
           Ray Thompson Hillis
           Jamila Asha Johnson
           Megan Lambert
           J. Miles McFadden
           Ryan Mendias
           Rabia Muqaddam
           Michael Raab
           Barry G. Reynolds
           Christopher Paul Schandevel
           Brian James Springer
           Scott G. Stewart
           Paige Suelzle
           Audrey A. Weaver
           Zachary Paul West
           Alexander Wilson
           Elizabeth B. Wydra


CMW/at