# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 18, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Oklahoma
v. Department of Health and Human Services, et al.
No. 24-437
(Your No. 24-6063)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 15, 2024 and placed on the docket October 18, 2024 as No. 24-437.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst