# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2025

Clerk
United States Court of Appeals
  for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257-2505

     Re:  **Oklahoma**
           **v. Dept. of H&HS, et al.**
           **No. 24-437 (Your docket No. 24-6063)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                Sincerely,

                                SCOTT S. HARRIS, Clerk

                                By

                                *[signature: M. Altner]*

                                M. Altner
                                Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2025

Mr. Zachary Paul West, Esq.
Oklahoma Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

    Re:  Oklahoma
          v. Dept. of H&HS, et al.
          No. 24-437 (Your docket No. 24-6063)

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Tenth Circuit.

    The petitioner is given recovery of costs in this Court as follows:

        **Clerk's costs:**        $300.00

This amount may be recovered from the respondents.

        Sincerely,

        SCOTT S. HARRIS, Clerk

        By

        M. Altner
        Assistant Clerk – Judgments

cc:  Clerk, 10th Cir.
     (Your docket No. 24-6063)

# Supreme Court of the United States

No. 24–437

**OKLAHOMA,**

Petitioner

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Tenth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for a writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of *Medina* v. *Planned Parenthood South Atlantic,* 606 U. S. ___ (2025).

**IT IS FURTHER ORDERED** that the petitioner, Oklahoma, recover from Department of Health and Human Services, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 30, 2025

**Clerk's costs:**          $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States