**FILED**
United States Court of Appeals
Tenth Circuit

**August 1, 2025**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

STATE OF OKLAHOMA,

    Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants - Appellees.

--------------------------------

STATES OF MISSISSIPPI, et al.,

    Amici Curiae.

No. 24-6063
(D.C. No. 5:23-CV-01052-HE)
(W.D. Okla.)

_____

**ORDER**
_____

Before **BACHARACH**, **EBEL**, and **FEDERICO**, Circuit Judges.
_____

    The Supreme Court of the United States entered a judgment on June 30, 2025 vacating the judgment of this court and remanding the cause for further proceedings.

    Upon further consideration, the mandate issued to the United States District Court for the Western District of Oklahoma on September 6, 2024 is recalled effective immediately and the judgment of this court filed July 15, 2024 is vacated.

Counsel will be notified if this court desires further briefing prior to disposition of this appeal upon remand.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk