FILED
United States Court of Appeals
Tenth Circuit

August 1, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| STATE OF OKLAHOMA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants - Appellees.<br><br>--------------------------------<br><br>STATES OF MISSISSIPPI, et al.,<br><br>    Amici Curiae. | No. 24-6063<br>(D.C. No. 5:23-CV-01052-HE)<br>(W.D. Okla.) |

_____

**ORDER**
_____

Before **BACHARACH**, **EBEL**, and **FEDERICO**, Circuit Judges.
_____

This matter is before the court *sua sponte* following remand from the Supreme Court to address the impact of *Medina v. Planned Parenthood South Atlantic*, 606 U.S. ___ (2025) on the issues raised in this case.

The parties shall confer within 21 days of this order to determine if they agree or disagree on the proposed disposition of this appeal based on the Supreme Court's remand. If the parties agree on the disposition, they shall file a joint advisement of such proposed disposition within 30 days of

the present order. If the parties disagree on the disposition, they shall file simultaneous supplemental briefs within 45 days of the present order stating and explaining their positions on the appropriate disposition in this case based on the Supreme Court's remand. The supplemental briefs shall be no longer than 15 pages in 14-point font. Though the parties need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

    Entered for the Court

    CHRISTOPHER M. WOLPERT,
    Clerk

    */s/ Jane K. Castro*

    by: Jane K. Castro
        Chief Deputy Clerk