# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

1. STATE OF OKLAHOMA,

   *Plaintiff-Appellant*,

v.

1. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;

2. XAVIER BECERRA, in his official capacity as the Secretary of the U.S. Department of Health and Human Services;

3. JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and

4. OFFICE OF POPULATION AFFAIRS,

   *Defendants-Appellees*.

Case No.  24-6063

## PLAINTIFF-APPELLANT'S AGREED MOTION TO EXTEND DEADLINES SET IN AUGUST 1, 2025 ORDER

_____

Appellant, the State of Oklahoma, submits this Agreed Motion to Extend the Deadlines Set in this Court's August 1, 2025 Order. This Motion is made with respect to the following facts and circumstances:

1.      On June 30, 2025, the Supreme Court of the United States granted Oklahoma's Petition for a Writ of Certiorari, vacated the judgment entered by this Court, and remanded to this Court for further consideration in light of *Medina v. Planned Parenthood South Atlantic*, 606 U.S. ___ (2025). The judgment was issued to this Court on August 1, 2025. Doc. 137.

2.      On August 1, 2025, this Court ordered the parties to confer within 21 days to determine if the Parties agree or disagree on the proposed disposition of this appeal based on the Supreme Court's remand. Doc. 139. The Parties are to advise this Court of any such proposed disposition within 30 days. If the parties disagree, this Court ordered the parties to file simultaneously supplemental briefs within 45 days. Doc. 139. The current deadline to advise this Court if the Parties agree on a disposition of the appeal is September 2, 2025. The current deadline for supplemental briefing is September 15, 2025.

3.      Pursuant to this Court's August 1st Order, the Parties have been engaged in discussions on a proposed disposition of this appeal. While no agreement has yet been reached, discussions are ongoing. Oklahoma respectfully requests that this Court extend by thirty (30) days each of the deadlines set forth in the August 1st Order, including the deadline for submission of supplemental briefs, to allow the Parties additional time to determine if a disposition of this appeal can be agreed to by the Parties.

4. Defendants-Appellees agree with the relief sought in this Motion, and neither of the Parties have previously requested an extension of any deadline set by this Court during the pendency of the appeal on this matter.

WHEREFORE, Oklahoma respectfully requests that this Court enter an Order extending by thirty (30) days each of the deadlines set forth in this Court's Order dated August 1, 2025.

Respectfully submitted,

*s/ R. Tom Hillis*
Garry M. Gaskins, II, OBA # 20212
*Solicitor General*
Zach West, OBA # 30768
*Director of Special Litigation*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

AND

Barry G. Reynolds, OBA # 13202
R. Tom Hillis, OBA # 12338
J. Miles McFadden, OBA # 30166
TITUS HILLIS REYNOLDS LOVE, P.C.
15 E. 5th St., Suite 3700
Tulsa, OK 74103
Phone: (918) 587-6800
Fax: (918) 587-6822

>reynolds@titushillis.com
>thillis@titushillis.com
>jmcfadden@titushillis.com
>
>AND
>
>Anthony J. (A.J.) Ferate, OBA # 21171
>SPENCER FANE
>9400 North Broadway Extension,
>Suite 600
>Oklahoma City, OK 73114
>Phone: (405) 844-9900
>Fax:   (405) 844-9958
>AJFerate@spencerfane.com
>
>*ATTORNEYS FOR PLAINTIFF,*
>*THE STATE OF OKLAHOMA*

## **CERTIFICATE OF COMPLIANCE**

I certify that this Motion is proportionately spaced using 14-point Times New Roman font and has 345 words, calculated by Microsoft Word.

*/s/ R. Tom Hillis*
R. Tom Hillis

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Brian James Springer
brian.j.springer@usdoj.gov

Michael Raab
michael.raab@usdoj.gov

Courtney Dixon
courtney.l.dixon@usdoj.gov

*/s/ R. Tom Hillis*
R. Tom Hillis