IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STATE OF OKLAHOMA,

Plaintiff-Appellant,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

Defendants-Appellees.

No. 24-6063

**MOTION FOR A STAY OF DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The Government hereby moves for a stay of the deadlines in the above-captioned case.

1.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for several other Executive agencies, including the federal appellees.

2.  Absent an appropriation, Department of Justice attorneys and employees of the federal appellees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.  Undersigned counsel for the Department of Justice therefore requests a stay of the deadlines in this appeal until Congress has restored appropriations to the Department.

4.  The Government respectfully requests that, when appropriations are restored, all current deadlines for the parties be extended for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 14 days.  Thus, for example, if the lapse lasts 14 days, all parties' deadlines would be extended by 14 + 14 = 28 days.  The Government will need this additional time following the end of the lapse to restart regular government operations.

5.  In addition, granting an extension calculated in the manner proposed above will avoid having all filings that would otherwise have been due during the period of a lapse of appropriations from having the same due date following the restoration of appropriations, which would not be practicable for the Government or the Court.  It also preserves the original chronological order of filing in government cases for fairness to all parties.

6.     Opposing counsel has authorized counsel for the Government to state that they do not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the deadlines in this case, as described above, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

<div style="margin-left: 50%;">

Respectfully submitted,

MICHAEL S. RAAB
COURTNEY L. DIXON

*/s/ Brian J. Springer*
BRIAN J. SPRINGER
(202) 616-5446
 Attorneys, Appellate Staff
 Civil Division
 U.S. Department of Justice
 950 Pennsylvania Ave. N.W.
 Washington, D.C. 20530

</div>

OCTOBER 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 349 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

/s/ *Brian J. Springer*
Brian J. Springer

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I filed the foregoing motion with the

Clerk of the Court by using the appellate CM/ECF system.  Service will be

accomplished by the CM/ECF system.

<div align="right">

*/s/ Brian J. Springer*
Brian J. Springer

</div>