# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

1. STATE OF OKLAHOMA,

    *Plaintiff-Appellant*,

v.

1. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; *et al.*

    *Defendants-Appellees*.

Case No.  24-6063

PLAINTIFF-APPELLANT'S AGREED MOTION TO EXTEND DEADLINES SET IN NOVEMBER 14, 2025 ORDER
_____

Appellant, the State of Oklahoma, submits this Agreed Motion to Extend the Deadlines Set in this Court's November 14, 2025 Order. This Motion is made with respect to the following facts and circumstances:

1. On June 30, 2025, the Supreme Court of the United States granted Oklahoma's Petition for a Writ of Certiorari, vacated the judgment entered by this Court, and remanded to this Court for further consideration in light of *Medina v. Planned Parenthood South Atlantic*, 606 U.S. ___ (2025). The judgment was issued to this Court on August 1, 2025. Doc. 137.

2. On August 1, 2025, this Court ordered the parties to confer within 21 days to determine if the Parties agree on the proposed disposition of this appeal based

on the Supreme Court's remand or to simultaneously file supplemental briefs within 45 days. Doc. 139.

3. On August 29, 2025, Oklahoma filed an agreed motion requesting a 30-day extension of each deadline in the August 1st Order to allow additional time for ongoing discussions regarding a proposed disposition, to which Defendants-Appellees agreed to the relief requested. This Court granted that Motion on September 1, 2025.

4. On October 1, 2025, Defendants-Appellees moved to stay deadlines in light of a lapse in appropriations beginning at the end of the day on September 30, 2025, explaining that Department of Justice attorneys and employees of the federal appellees are prohibited from working absent appropriations except in very limited circumstances, and requesting that, upon restoration of appropriations, deadlines be extended commensurate with the duration of the lapse *plus* an additional 14 days. Oklahoma agreed to the Motion.

5. On October 3, 2025, this Court granted the Defendants-Appellees' motion and ordered that deadlines will be reset at a later date.

6. The lapse in appropriations extended for a period of forty-three (43) days.

7. On November 14, 2025, this Court entered an order resetting the deadlines following an enactment of appropriations. This Court set the deadline to

2

file a joint advisement of a proposed disposition no later than November 21, 2025, and should the parties not agree on a disposition, to file simultaneous supplemental briefs no later than December 5, 2025.

8. During the lapse in appropriations, the parties were unable to effectively communicate, including conferring on a disposition of the appeal and potential settlement of the matter.

9. In addition, to continue negotiations regarding potential resolution and proposed disposition of this matter, communications must take place through various levels of government, which require additional time to complete. There are numerous decisionmakers involved in different agencies on both sides, and discussions are ongoing.

10. In light of the foregoing, and to facilitate meaningful conferral and orderly briefing if necessary, Oklahoma respectfully requests that the Court extend by thirty (30) days each of the deadlines set forth in the November 14th order.

11. Defendants-Appellees agree with the relief sought in this Motion, and the Parties have each previously requested an extension or stay of the supplemental briefing deadline set by this Court during the remand of the appeal on this matter.

WHEREFORE, Oklahoma respectfully requests that this Court enter an Order extending by thirty days each of the deadlines set forth in this Court's Order dated November 14, 2025.

3

Respectfully submitted,

*s/ R. Tom Hillis*
Garry M. Gaskins, II, OBA # 20212
*Solicitor General*
Zach West, OBA # 30768
*Director of Special Litigation*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

  AND

Barry G. Reynolds, OBA # 13202
R. Tom Hillis, OBA # 12338
J. Miles McFadden, OBA # 30166
TITUS HILLIS REYNOLDS LOVE, P.C.
15 E. 5th St., Suite 3700
Tulsa, OK 74103
Phone: (918) 587-6800
Fax:   (918) 587-6822
reynolds@titushillis.com
thillis@titushillis.com
jmcfadden@titushillis.com

  AND

Anthony J. (A.J.) Ferate, OBA # 21171
SPENCER FANE
9400 North Broadway Extension,
Suite 600
Oklahoma City, OK 73114
Phone: (405) 844-9900
Fax:   (405) 844-9958
AJFerate@spencerfane.com

*ATTORNEYS FOR PLAINTIFF,*
*THE STATE OF OKLAHOMA*

## CERTIFICATE OF COMPLIANCE

I certify that this Motion is proportionately spaced using 14-point Times New Roman font and has 795 words, calculated by Microsoft Word.

                                         */s/ R. Tom Hillis*
                                         R. Tom Hillis

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Brian James Springer
brian.j.springer@usdoj.gov

Michael Raab
michael.raab@usdoj.gov

Courtney Dixon
courtney.l.dixon@usdoj.gov

                                         */s/ R. Tom Hillis*
                                         R. Tom Hillis