**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK

**JOAN C. KANE**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

**04/01/2024**

☐ Pro Se   ☑ Retained   ☐ Court Appointed (IFP Granted)   ☐ USA

Case No: 5:23-cv-01052-HE                    Date Filed: 04/01/2024
Style of Case: Oklahoma State of v. US Department of Health and Human Services et al
Appellant: Oklahoma State of

☑ Notice of Appeal           ☐ Amended Notice of Appeal
☐ Interlocutory Appeal       ☐ Cross Appeal
                             ☐ Tenth Cir. Case No.

Pro se Appellant:
☐ Motion IFP Forms Mailed/Given   ☐ Motion IFP Filed   ☐ Appeal Fee Paid

Retained Counsel:
☐ Appeal Fee Paid   ☑ Appeal Fee Not Paid

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms and procedures concerning the requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record found on the Tenth Circuit's website, www.ca10.uscourts.gov.

Payment for this case or motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 working days after the notice of appeal was filed in the Circuit Court. This form must contain the signature of the court reporter if transcripts are being ordered.

If you have questions, please contact this office.

Sincerely,

CARMELITA REEDER SHINN, COURT CLERK

by: s/ N. Al Adhami
       Case Administrator

cc:   Clerk of the Court, Tenth Circuit Court of Appeals

APPEAL,GREEN,_LDF
Email All Attys
Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CIVIL DOCKET FOR CASE #: 5:23−cv−01052−HE

Oklahoma State of v. United States Department of Health and Human Services et al
Assigned to: Judge Joe Heaton
Cause: 28:2201 Declaratory Judgement

Date Filed: 11/17/2023
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Oklahoma State of**            represented by   **Anthony J Ferate**
Spencer Fane LLP − OKC
9400 N Broadway Extension
Suite 600
Oklahoma City, OK 73114−7423
405−753−5939
Email: ajferate@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
Oklahoma Office of the Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
405−522−4435
Email: audrey.weaver@oag.ok.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry G Reynolds**
Titus Hillis Reynolds Love PC
15 E 5th St
Suite 3700
Tulsa, OK 74103
918−587−6800
Email: reynolds@titushillis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
Drummond Law PLLC
1500 S Utica Ave
Suite 400
Tulsa, OK 74104
918−749−7378
Fax: 918−749−7869

|  |  |
|---|---|
|  | Email: gmg@drumlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**J Miles McFadden**<br>Titus Hillis Reynolds Love PC<br>15 E 5th St<br>Suite 3700<br>Tulsa, OK 74103<br>918−587−6800<br>Fax: 918−587−6822<br>Email: jmcfadden@titushillis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**R Tom Hillis**<br>Titus Hillis Reynolds Love PC<br>15 E 5th St<br>Suite 3700<br>Tulsa, OK 74103<br>918−587−6800<br>Fax: 918−587−6822<br>Email: thillis@titushillis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary P West**<br>Attorney General's Ofc−NE<br>21STREET−OKC<br>313 NE 21st St<br>Oklahoma City, OK 73105<br>405−521−3021<br>Fax: 405−521−4518<br>Email: zach.west@oag.ok.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **United States Department of Health and Human Services** | represented by | **Alexandra Rachel Saslaw**<br>DOJ−Civ<br>1100 L Street NW<br>Washington, DC 20530<br>202−514−4520<br>Email: alexandra.r.saslaw@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Allyson Scher**<br>DOJ−Civ<br>1100 L Street NW |

2

                              Washington, DC 20530
                              202–514–9836
Email: allyson.r.scher@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Patrick Clendenen**
DOJ–Civ
1100 L Street NW
Washington, DC 20530
202–532–5747
Email: michael.p.clendenen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Robert C Merritt**
DOJ–Civ
1100 L Street NW
Washington, DC 20530
202–616–8098
Email: robert.c.merritt@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Xavier Becerra**
*in his official Capacity as the Secretary of the U.S. Department of Health and Human Services*

represented by **Alexandra Rachel Saslaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allyson Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Patrick Clendenen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jessica S Marcella**
*in her official capacity as Deputy Assistant Secretary for Population Affairs*

represented by **Alexandra Rachel Saslaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allyson Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Patrick Clendenen**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Robert C Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Office of Population Affairs** | represented by | **Alexandra Rachel Saslaw**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Allyson Scher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Patrick Clendenen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert C Merritt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2023 | 1 | COMPLAINT against Xavier Becerra, Jessica S Marcella, Office of Population Affairs, United States Department of Health and Human Services filed by Oklahoma State of. (Attachments: # 1 Exhibit 1 – OSDH program review report, # 2 Exhibit 2 – HHS Suspension Letter, # 3 Exhibit 3 – HHS Term Notice, # 4 Exhibit 4 – Administrative Appeal, # 5 Civil Cover Sheet)(naa) (Entered: 11/20/2023) |
| 11/20/2023 | 2 | Summons Issued Electronically as to Xavier Becerra, Jessica S Marcella, Office of Population Affairs, United States Department of Health and Human Services. (naa) (Entered: 11/20/2023) |
| 11/20/2023 | | PAYMENT FOR A CIVIL CASE Filing fee $ 402, receipt number AOKWDC–4298684. (McFadden, J) (Entered: 11/20/2023) |
| 11/20/2023 | 3 | ENTRY of Appearance by J Miles McFadden on behalf of Oklahoma State of (McFadden, J) (Entered: 11/20/2023) |
| 11/20/2023 | 4 | ENTRY of Appearance by R Tom Hillis on behalf of Oklahoma State of (Hillis, R) (Entered: 11/20/2023) |
| 11/20/2023 | 5 | ENTRY of Appearance by Audrey A Weaver on behalf of Oklahoma State of (Weaver, Audrey) (Entered: 11/20/2023) |
| 11/20/2023 | 6 | ENTRY of Appearance by Garry M Gaskins, II on behalf of Oklahoma State of (Gaskins, Garry) (Entered: 11/20/2023) |
| 11/20/2023 | 7 | ENTRY of Appearance by Zachary P West on behalf of Oklahoma State of (West, Zachary) (Entered: 11/20/2023) |
| 11/20/2023 | 8 | ENTRY of Appearance by Barry G Reynolds on behalf of Oklahoma State of (Reynolds, Barry) (Entered: 11/20/2023) |

| 12/04/2023 | 9 | SUMMONS RETURNED EXECUTED by Oklahoma State of. Office of Population Affairs served on 11/22/2023. (Attachments: # 1 Exhibit A – Return Green Card)(Hillis, R) (Entered: 12/04/2023) |
|---|---|---|
| 12/04/2023 | 10 | SUMMONS RETURNED EXECUTED by Oklahoma State of. United States Department of Health and Human Services served on 11/22/2023. (Attachments: # 1 Exhibit A – Return Green Card)(Hillis, R) (Entered: 12/04/2023) |
| 12/04/2023 | 11 | SUMMONS RETURNED EXECUTED by Oklahoma State of. Jessica S Marcella served on 11/30/2023. (Attachments: # 1 Exhibit A – Return Service Docs)(Hillis, R) (Entered: 12/04/2023) |
| 12/04/2023 | 12 | SUMMONS RETURNED EXECUTED by Oklahoma State of. United States Department of Health and Human Services served on 12/4/2023. (Attachments: # 1 Exhibit A – Return Service Docs)(Hillis, R) (Entered: 12/04/2023) |
| 12/04/2023 | 13 | SUMMONS RETURNED EXECUTED by Oklahoma State of. Jessica S Marcella served on 12/4/2023. (Attachments: # 1 Exhibit A – Return Service Docs)(Hillis, R) (Entered: 12/04/2023) |
| 12/15/2023 | 14 | SUMMONS RETURNED EXECUTED by Oklahoma State of. Jessica S Marcella served on 12/8/2023. (Attachments: # 1 Exhibit A – Return Service Docs)(Hillis, R) (Entered: 12/15/2023) |
| 12/15/2023 | 15 | SUMMONS RETURNED EXECUTED by Oklahoma State of. Office of Population Affairs served on 12/8/2023. (Attachments: # 1 Exhibit A – Return Service Docs)(Hillis, R) (Entered: 12/15/2023) |
| 12/15/2023 | 16 | SUMMONS RETURNED EXECUTED by Oklahoma State of. Xavier Becerra served on 11/28/2023. (Attachments: # 1 Exhibit A – Return Service Docs)(Hillis, R) (Entered: 12/15/2023) |
| 12/15/2023 | 17 | SUMMONS RETURNED EXECUTED by Oklahoma State of. Xavier Becerra served on 11/24/2023. (Attachments: # 1 Exhibit A – Return Service Docs)(Hillis, R) (Entered: 12/15/2023) |
| 12/15/2023 | 18 | SUMMONS RETURNED EXECUTED by Oklahoma State of. Xavier Becerra served on 11/22/2023. (Attachments: # 1 Exhibit A – Return Service Docs)(Hillis, R) (Entered: 12/15/2023) |
| 01/18/2024 | 19 | ENTRY of Appearance by Robert C Merritt on behalf of All Defendants (Merritt, Robert). Document flattened to optimize CM/ECF display; no other changes made Modified on 2/20/2024 (naa). (Entered: 01/18/2024) |
| 01/18/2024 | 20 | UNOPPOSED MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* by All Defendants. (Attachments: # 1 Proposed Order)(Merritt, Robert) (Entered: 01/18/2024) |
| 01/19/2024 | 21 | ORDER granting 20 defendants' unopposed motion for extension of time. Defendants shall file their answer or other responsive pleading to plaintiff's complaint not later than 02/21/2024. Signed by Judge Joe Heaton on 01/19/2024. (lam) (Entered: 01/19/2024) |
| 01/22/2024 | 22 | ENTRY of Appearance by Michael Patrick Clendenen on behalf of Xavier Becerra, Jessica S Marcella, Office of Population Affairs, United States Department of Health and Human Services (Clendenen, Michael). Document flattened to optimize CM/ECF display; no other changes made . Modified on 2/20/2024 (naa). (Entered: 01/22/2024) |

| | | |
|---|---|---|
| 01/26/2024 | 23 | MOTION for Preliminary Injunction *and Opening Brief in Support* by Oklahoma State of. (Attachments: # 1 Exhibit 1 – Declaration of Tina Johnson, # 2 Exhibit 2 – 2016 Program Review, # 3 Exhibit 3 – Notice of Award, # 4 Exhibit 4 – HHS Suspension Letter, # 5 Exhibit 5 – HHS Termination Notice, # 6 Exhibit 6 – Administrative Appeal)(Hillis, R) (Entered: 01/26/2024) |
| 01/30/2024 | 24 | ENTRY of Appearance by Alexandra Rachel Saslaw on behalf of All Defendants (Saslaw, Alexandra) document flattened to optimize CM/ECF display; no other changes made . Modified on 2/8/2024 (naa). (Entered: 01/30/2024) |
| 01/30/2024 | 25 | JOINT MOTION for Order *Entering Scheduling Order for Preliminary Injunction Briefing and for an Expedited Ruling on Plaintiff's Motion for Preliminary Injunction* by Oklahoma State of. (Hillis, R) (Entered: 01/30/2024) |
| 01/31/2024 | 26 | ORDER granting 25 the joint motion of the parties for scheduling order and expedited ruling to this extent: 1) defendants' response to the preliminary injunction motion shall be filed by 02/23/2024; and 2) plaintiff's reply brief, if any, shall be filed by 03/01/2024. The deadline for defendants to file their answer or other responsive pleading is not altered by this order. Signed by Judge Joe Heaton on 01/31/2024. (lam) (Entered: 01/31/2024) |
| 02/21/2024 | 27 | ANSWER to Complaint by All Defendants.(Saslaw, Alexandra) (Entered: 02/21/2024) |
| 02/23/2024 | 28 | RESPONSE in Opposition re 23 MOTION for Preliminary Injunction *and Opening Brief in Support* filed by Xavier Becerra, Jessica S Marcella, Office of Population Affairs, United States Department of Health and Human Services. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Clendenen, Michael) (Entered: 02/23/2024) |
| 03/01/2024 | 29 | REPLY by Plaintiff Oklahoma State of *in Support of Plaintiff's Motion for Preliminary Injunction* filed by Oklahoma State of. (Hillis, R) (Entered: 03/01/2024) |
| 03/12/2024 | 30 | ORDER Setting Hearing on Motion 23 plaintiff's motion for preliminary injunction. The motion is set for hearing on 03/27/2024 @ 1:30 p.m. in Courtroom No. 501 before Judge Joe Heaton. Any party anticipating offering evidence at the hearing is directed to indicate by an appropriate filing not later than 03/20/2024. See order for further specifics. Signed by Judge Joe Heaton on 03/12/2024. (lam) (Entered: 03/12/2024) |
| 03/13/2024 | 31 | NOTICE (other) by Xavier Becerra, Jessica S Marcella, Office of Population Affairs, United States Department of Health and Human Services *of Supplemental Authority* (Attachments: # 1 Exhibit Mem. Op. in Tennessee v. U.S. Dep't of Health & Human Servs.)(Clendenen, Michael) (Entered: 03/13/2024) |
| 03/15/2024 | 32 | RESPONSE re 31 Notice (other), filed by Oklahoma State of. (Hillis, R) (Entered: 03/15/2024) |
| 03/18/2024 | 33 | ENTER ORDER the 03/27/2024 hearing on plaintiff's motion for preliminary injunction 23 is RESET to 03/26/2024 at 1:30 p.m., in Courtroom No. 501. Signed by Judge Joe Heaton on 03/18/2024. (lam) (Entered: 03/18/2024) |
| 03/20/2024 | 34 | NOTICE (other) by Oklahoma State of *Intent to Offer Evidence* (Hillis, R) (Entered: 03/20/2024) |
| 03/26/2024 | 35 | Minute Entry for proceedings held before Judge Joe Heaton: Non−Evidentiary hearing held 03/26/2024 on plaintiff's motion for preliminary injunction 23 filed 01/26/2024. Counsel for the parties present. The court hears oral arguments from counsel for the |

| | | |
|---|---|---|
| | | State of Oklahoma and counsel for defendants. For the reasons stated from the bench plaintiffs motion for preliminary injunction 23 is DENIED. Parties to file a joint status report as to how the parties anticipate going forward in light of the courts denial of plaintiffs motion within 3 weeks. Written order to follow. (Court Reporter Susan Fenimore.) (lam) (Entered: 03/26/2024) |
| 03/26/2024 | 36 | ORDER denying 23 plaintiff's motion for preliminary injunction for the reasons stated from the bench at the hearing held this date. Signed by Judge Joe Heaton on 03/26/2024. (lam) (Entered: 03/26/2024) |
| 03/27/2024 | 37 | ENTRY of Appearance by Allyson Scher on behalf of All Defendants (Scher, Allyson) Document flattened to optimize CM/ECF display; no other changes made . Modified on 3/27/2024 (naa). (Entered: 03/27/2024) |
| 03/29/2024 | 38 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 3–26–24 before Judge Heaton. Court Reporter: Susan Fenimore, Telephone number 405–609–5145. Transcript of: Proceedings Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/19/2024. Redacted Transcript Deadline set for 4/29/2024. Release of Transcript Restriction set for 6/27/2024. (sf) (Entered: 03/29/2024) |
| 04/01/2024 | 39 | NOTICE OF APPEAL as to 36 Order on Motion for Preliminary Injunction by Oklahoma State of. (Hillis, R) (Entered: 04/01/2024) |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-23-1052-HE |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated on the record at the hearing on March 26, 2024, plaintiff's Motion for Preliminary Injunction [Doc. #23] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 26th day of March, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. STATE OF OKLAHOMA,<br><br>*Plaintiff*,<br><br>v.<br><br>1. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>2. XAVIER BECERRA, in his official capacity as the Secretary of the U.S. Department of Health and Human Services;<br><br>3. JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; and<br><br>4. OFFICE OF POPULATION AFFAIRS,<br><br>*Defendants*. | Case No.   23-CV-01052-HE |

## NOTICE OF APPEAL

Notice is hereby given that the State of Oklahoma, Plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Tenth Circuit this Court's Order denying Plaintiff's Motion for Preliminary Injunction entered in this action on March 26, 2024 (Doc. 36).

Dated this 1st day of April 2024.

Respectfully submitted,

*s/ R. Tom Hillis*
Garry M. Gaskins, II, OBA # 20212
*Solicitor General*
Zach West, OBA # 30768
*Director of Special Litigation*
Audrey Weaver, OBA # 33258
*Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Audrey.Weaver@oag.ok.gov

   AND

Barry G. Reynolds, OBA # 13202
R. Tom Hillis, OBA # 12338
J. Miles McFadden, OBA # 30166
TITUS HILLIS REYNOLDS LOVE, P.C.
15 E. 5th St., Suite 3700
Tulsa, OK 74103
Phone: (918) 587-6800
Fax: (918) 587-6822
reynolds@titushillis.com
thillis@titushillis.com
jmcfadden@titushillis.com

   AND

Anthony J. (A.J.) Ferate, OBA # 21171
SPENCER FANE
9400 North Broadway Extension,
Suite 600
Oklahoma City, OK 73114
Phone: (405) 844-9900
Fax: (405) 844-9958
AJFerate@spencerfane.com

*ATTORNEYS FOR PLAINTIFF,*
*THE STATE OF OKLAHOMA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Michael Patrick Clendenen
michael.p.clendenen@usdoj.gov

Robert C Merritt
robert.c.merritt@usdoj.gov

Alexandra R. Saslaw
alexandra.r.saslaw@usdoj.gov

Allyson Scher
Allyson.r.scher@usdoj.gov

                                                */s/ R. Tom Hillis*
                                                R. Tom Hillis