UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 15, 2024

Anthony Joseph Ferate
Spencer Fane
9400 North Broadway Extension, Suite 600
Oklahoma City, OK 73114-7423

Garry Michael Gaskins II
Zachary Paul West
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

Ray Thompson Hillis
J. Miles McFadden
Barry G. Reynolds
Titus Hillis Reynolds Love
15 East Fifth Street, Suite 3700
Tulsa, OK 74103

Audrey A. Weaver
Office of the Governor of Oklahoma
2300 North Lincoln Boulevard, Suite 212
Oklahoma City, OK 73105

**RE:**    **24-6063, State of Oklahoma v. HHS, et al**
Dist/Ag docket: 5:23-CV-01052-HE

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements.

In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

          Sincerely,

          Christopher M. Wolpert
          Clerk of Court

cc:      Andrew Beck
          Miriam Becker-Cohen
          John J. Bursch
          Courtney Dixon
          Brianne J. Gorod
          Erin Morrow Hawley
          Jamila Asha Johnson
          Megan Lambert
          Ryan Mendias
          Rabia Muqaddam
          Michael Raab
          Christopher Paul Schandevel
          Brian James Springer
          Scott G. Stewart
          Paige Suelzle
          Alexander Wilson
          Elizabeth B. Wydra

CMW/djd